■ FERRARA FOODS & CONFECTIONS, INC., Appellant, v. JOHN STANLEY et al., Respondents.— Order, Supreme Court, New York County, entered March 27, 1974, denying plaintiff's motion for a preliminary injunction, unanimously

affirmed, without costs and without disbursements, and without prejudice to further application for a preliminary injunction at Special Term in the event of renewed picketing at plaintiff's premises. Concur — McGivern, P. J., Kupferman, Murphy, Lupiano and Lynch, JJ.